May Term, 1852.

THE STATE v. CATTRON.

fense; but, say the books, it is where the statute "creates the offense" and points out a specific remedy, that that remedy must be pursued. This is the general rule, and we see nothing in the case before us indicating an intention on the part of the legislature to make an exception to that rule.

*Per Curiam.* — The judgment is reversed with costs. Cause remanded, &c.

*W. M. Franklin*, *J. L. Ketcham*, and *N. B. Taylor*, for the state.

---

THE STATE v. BURGER.—In Error.

Monday, November 22.

THE judgment in this case is reversed, with costs, for reasons given in the case of *The State* v. *Virt*, at the present term (1). Cause remanded, &c.

*W. M. Franklin*, *J. L. Ketcham*, and *N. B. Taylor*, for the state.

(1) See *ante*, p. 447.

---

THE STATE v. CATTRON.—In Error.

Monday, November 22.

THE judgment in this case is reversed, with costs, for reasons given in the case of *The State* v. *Virt*, at the present term (1). Cause remanded, &c.

*W. M. Franklin*, *J. L. Ketcham*, and *N. B. Taylor*, for the state.

(1) See *ante*, p. 447.